Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lolita Lynette Daniel

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LOLITA LYNETTE DANIEL, | ) Case No.: 2:15-cv-01323-MRW |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: June 20, 2015

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1  DATE: July 20, 2015          Respectfully submitted,

2                               LAW OFFICES OF LAWRENCE D. ROHLFING

3                                   /s/ *Young Cho*
                             BY:_____
4                               Young Cho
                                Attorney for plaintiff Lolita Lynette Daniel

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26